DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT CLAYTON JOHNSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1139

[June 21, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562011CF002219A.

Scott Clayton Johnson, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***